<h2>Law Offices of Irina Roller, PLLC</h2>

| | |
|---|---|
| **40 Wall Street** | **Telephone (212) 688-1100** |
| **New York, New York 10005** | **Facsimile (212) 706-9362** |
| | **Email: Hearings@RollerEsq.com** |

---

April 22, 2024

**VIA ECF**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *J.J. et. al. v. New York City Department of Education*
        23-cv-09330 (DLC)(SLC)

Dear Judge Cote:

Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful in the underlying trial, as well as for this action.

Plaintiffs respectfully submit this letter motion requesting an extension of time to submit their Motion for Summary Judgment currently due on April 26, 2024 per the Court's October 30, 2024 Pretrial Scheduling Order (ECF. No. 6). This is Plaintiffs' first request for an extension of time to submit their Motion for Summary Judgment and Defendant consents to this request.

Plaintiffs request the extension of time to accommodate the Passover holiday schedule and to also allow the parties additional time to continue settlement discussions.

The parties propose the following amended briefing schedule:

- Plaintiffs' Motion for Summary Judgment due on May 9, 2024
- Defendant's Opposistion due on June 11, 2024
- Plaintiffs' Reply due on June 26, 2024

I thank you in advance for the Court's consideration of this request.

Respectfully submitted,

s/ _____
Irina Roller
*Attorneys for the Plaintiff*

[Handwritten note: Granted. There shall be no further extension. /s/ Denise Cote 4/23/24]

cc:   Vivian Drohan, Esq., *Attorneys for the Defendant*
        Marina Moraru, Esq., *Attorneys for the Defendant*